IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| TERRY WAYNE COCHRAN, #1176296 | § | |
| VS. | § | CIVIL ACTION NO. 2:05cv407 |
| DOUG DRETKE, TDCJ-CID DIRECTOR | § | |

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court referred the above-entitled and numbered civil action to United States Magistrate Judge Caroline M. Craven. The Magistrate Judge presented for consideration the Magistrate Judge's Report, containing proposed findings of fact and recommendations for disposition of this case. Petitioner filed objections to the Report.

This Court made a *de novo* review of Petitioner's objections and determined that they lack merit; however, Petitioner sought additional time in which to file a brief. This Court granted Petitioner additional time to file a brief, which this Court has reviewed. This Court finds that the Magistrate Judge's findings and conclusions are correct, and adopts them as the Court's findings and conclusions. The Court therefore

**ORDERS**, **ADJUDGES,** and **DECREES** that this action is **DISMISSED WITH PREJUDICE**; and,

**ORDERS** that all motions not previously ruled on are denied.

 So ORDERED and SIGNED this 11th day of April, 2006.

_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**